■
**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Shirley ROULHAC, Defendant-Appellant.
No. 71–3118
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

April 4, 1972.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM:

This appellant was convicted on four counts charging the forgery of United States Treasury checks in violation of 18 U.S.C. § 495, and the possession of stolen mail matter, 18 U.S.C. § 1708. She was sentenced to imprisonment for one year, to be confined six months and then placed on probation for three years.

The judgment of the District Court is affirmed. See Local Rule 21.[1]

■
**UNITED STATES of America,
Plaintiff and Appellee,**

v.

**Barry Douglas GEARHART, Appellant.
No. 72–1126.**

United States Court of Appeals,
Ninth Circuit.

April 14, 1972.

Jerry Berg (argued), of Collins, Hays, Stewart, Berg, Pott & Sanford, Inc., San Jose, Cal., for appellant.

Frederic F. Tilton, Asst. U. S. Atty. (argued), F. Steele Langford, Asst. U. S. Atty., James L. Browning, Jr., U. S. Atty., San Francisco, Cal., for plaintiff-appellee.

Before CHAMBERS, and ELY, Circuit Judges, and TAYLOR, District Judge.***

PER CURIAM:

The judgment of conviction is reversed. We are of the opinion that Chernekoff v. United States, 219 F.2d 721 (9th Cir. 1955) governs and that United States v. Lewis, 448 F.2d 1228 (9th Cir. 1971) is distinguishable from Chernekoff. Cf. Parrott v. United States, 370 F.2d 388 (9th Cir. 1966), cert. denied Lawrence v. United States, 387 U.S. 908, 87 S.Ct. 1690, 18 L.Ed.2d 625.

---

* Honorable Francis C. Whelan, United States District Judge for the Central District of California, sitting by designation.

** Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Inc. v. Citizens Casualty Co. of New York et al, 5 Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

*** The Honorable Fred M. Taylor, United States District Judge for the District of Idaho, sitting by designation.